**SO ORDERED.**

**SIGNED this 07 day of November, 2010.**



_____
ROBERT E. NUGENT
UNITED STATES CHIEF BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

IN RE:   SIMON O. COLMENARES

Case No. 10-13168
Chapter 7

### AGREED ORDER GRANTING RELIEF FROM STAY
### FOR PNC BANK, N.A. SBM TO NATIONAL CITY MORTGAGE CO D/B/A
### COMMONWEALTH UNITED MORTGAGE COMPANY

COMES NOW on the above entitled cause comes before the Court upon claimant's Motion for Relief from Automatic Stay.

Debtor appears by counsel, William A. Wells; the claimant, PNC Bank, N.A. Sbm To National City Mortgage Co D/b/a Commonwealth United Mortgage Company, appears by counsel, Linda S. Mock; the trustee appears pro se. There are no other appearances.

WHEREUPON, the Court, having examined the file, heard arguments of counsel, and being fully advised in the premises, finds that the Motion of PNC Bank, N.A. Sbm To National City Mortgage Co D/b/a Commonwealth United Mortgage Company should be sustained and

United States Bankruptcy Court
District of Kansas, Wichita Division
Bankruptcy No. 10-13168
(Debtor) Simon O. Colmenares
(Claimant) PNC Bank, N.A. Sbm To National City Mortgage Co D/b/a Commonwealth United Mortgage Company
Chapter 7
Order Granting Relief From Stay
October 7, 2010

that claimant should be granted relief from the automatic stay to proceed and complete

foreclosure proceedings, in rem, according to the state laws of Arizona, against the following

described property, to wit:

>LOT 8 OF FLETCHER HEIGHTS PHASE 1A, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 447 OF MAPS, PAGE 31. Commonly known as 8021 W. Yukon Dr., Peoria, Arizona 85382

>IT IS SO ORDERED.

####

Approved by:


By: /s/ LINDA S. MOCK
/s/ ELIZABETH M. YOUNG
LINDA S. MOCK, #14740
ELIZABETH M. YOUNG, #24289
SHAPIRO & MOCK, LLP
Attorneys for Claimant
6310 Lamar – Suite 235
Overland Park, KS 66202
(913)831-3000
Fax No. (913)831-3320
lmock@logs.com
Attorney for Claimant
Our File No. 10-000938/src

/s/ William A. Wells
Attorney for Debtor
William A. Wells
Young Bogle McCausland Wells & Blanchard
106 W. Douglas Ste 923
Wichita, KS 67202
316-265-7841